# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | |
| **$22,390 in US Currency and** | * | **Civil #: DKC-13-2820** |
| **And Assorted Jewelry (VL: $119,109.00)** | | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## VERIFIED CLAIM AND STATEMENT IDENTIFYING
## CLAIMANT'S INTEREST AND RIGHTS TO SEIZED PROPERTY

The Claimant, Jamar Holt, through undersigned counsel, hereby files this Verified Claim and Statement Identifying Claimant's Interest and Rights in Seized Property (hereinafter "the claim") pursuant to 18 U.S.C. § 983 (a)(4)(A) and Supplemental Rules C and G of the Federal Rules of Civil Procedure, and in support thereof states as follows:

1.      This claim is for $22,390.00 of U.S. Currency and Assorted Jewelry (VL: $119,109.00) (hereinafter the Defendant) seized by the Government from the Claimant on or about April 25, 2013. *See* Supplemental Admiralty and Maritime Claims Rule G (5)(a)(i)(A), 28 U.S.C.A.

2.      The claimant, Jamar Holt, upon information and belief, is the owner of the defendant property, and he objects to the seizure and requested forfeiture of this property.[1]

3.      Since the Claimant, Jamar Holt, upon information and belief, is the owner of the defendant property, he has standing to contest the civil forfeiture of the property in court pursuant to 18 U.S.C. §938(a)(4)(A) and Supplemental Rules C(6) and G of the Federal Rules of Civil

---

[1] In *United States v. $39,000.00 in U.S. Currency,* 2005 WL 2736741 (W.D.N.C., 2005) where the claimant failed to file a Verified Statement, the Court found that the claimant's allegation set forth in claimant's verified answer that "{u}on information and belief, {Claimant} may have or claim an interest in the defendant property" was sufficient to state an interest in the defendant property. Id. At

Procedure.[2]

4.      The Defendant property does not constitute proceeds involved in violations of the Controlled Substances Act and the Money Laundering Control Act that is subject to forfeiture pursuant to 21 U.S.C. §881(a)(6) and 18 U.S.C. § 981(a)(1)(A)(i).

5.      The Defendant property was not used or intended to be used to commit or facilitate the commission of a violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), and  (a)(1)(B)(i), and therefore should not be forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

6.      This claim is being made without waiving any right against self-incrimination under the Fifth Amendment and constitutes an exercise of Mr. Holt's due process right to not be deprived of property without notice and an opportunity for a hearing at a meaningful time and in a meaningful manner.  Mr. Holt objects to being forced to surrender one constitutional right in order to exercise another.

I DECLARE UNDER THE PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. §1746 THAT THE FOREGOING IS TRUE AND CORRECT.

Respectfully submitted,

Jamar Holt

---

n.4.

2   When a claim for ownership, unsupported by other evidence of ownership, is coupled with the government's allegations of the claimant's involvement with the seized, res, the claim is sufficient to establish standing ." *United States v. Forfeiture, Stop Six Center, Located at 3340 Stallcup, Fort Worth, Texas,* 794 F. Supp 626 (N.D. Tex. 1992). Task Force Officer Mark Howard's declaration sufficiently alleges that the Claimant is involved with the Defendant property. *See* Doc. 1 at 6 (stating that the Defendant property was seized pursuant to a federal search and seizure warrant at 8235 Berryfield Drive, Nottingham, Maryland, which is identified as Mr. Holt's residence).

Kenneth W. Ravenell, Esquire
Murphy, Falcon & Murphy
One South Street, 23rd Floor
Baltimore, Maryland 21202
410.951.8785
410.539.6599 (facsimile)

 

I HEREBY CERTIFY that on this 5th day of November, 2013 a copy of the aforegoing Verified Claim and Statement Identifying Claimant's Interest and Rights to Seized Property and electronically filed and a copy was mailed to: Leah Jo Bressack, Esquire, Assistant United States Attorney, 6406 Ivy Lane, Suite 800, Greenbelt, Maryland 20770; and to the Office of the Clerk, United States Court House, Room 400, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Kenneth W. Ravenell